```
FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ FEB 09 2018 ★
BROOKLYN OFFICE
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MIGUEL TORRES, on behalf of himself and all others similarly situated,

　　　　　　　　Plaintiffs,

　-against-

NATIONS RECOVERY CENTER, INC.

　　　　　　　　Defendant.

Case No. 1:17-cv-06441-ENV-RER

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated:　Brooklyn, New York
　　　　　February 2, 2018

By: /s/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.
Joseph H. Mizrahi Law, P.C.
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
(917) 299-6612
Fax: (718) 425-8954
Joseph@Jmizrahilaw.com
*Attorney for Plaintiff*

By: /s/ Arthur Sanders
Arthur Sanders, Esq.
Barron & Newburger, PC
30 South Main Street
New City, New York 10956
(845) 499-2990
Alt: (512) 476-9103, x-247
asanders@bn-lawyers.com
*Attorney for Defendant*

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: 2/8/18

/s/ USDJ ERIC N. VITALIANO
Eric N. Vitaliano
United States District Judge

The Clerk is directed to close this case.